☐ ORIGINAL

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ARTHUR K. CUNNINGHAM, SB# 97506
　E-Mail: Arthur.Cunningham@lewisbrisbois.com
JAMES C. PACKER, SB#77875
　E-Mail: James.Packer@lewisbrisbois.com
STEPHANIE.TANANDA, SB# 257769
　E-Mail: Stephanie.Tanada@lewisbrisbois.com
650 East Hospitality Lane, Suite 600
San Bernardino, California 92408
Telephone: 909.387.1130
Facsimile: 909.387.1138

**ARIAS & LOCKWOOD**
CHRISTOPHER D. LOCKWOOD, SB#110853
　E-Mail: Christopher.Lockwood@ariaslockwood.com
1881 South Business Center Drive, Suite 9A
San Bernardino, California 92408
Telephone: 909-890-0125
Facsimile: 909-890-0185

Attorneys for Defendants
COUNTY OF RIVERSIDE, SHERIFF STANLEY SNIFF, UNDERSHERIFF WILLIAM DIYORIO, ASSISTANT SHERIFF JERRY GUTIERREZ, DEPUTY McCOLLUM, DEPUTY P. SALAZAR, DEPUTY MATTHEW BELL, DEPUTY DOMINGUEZ, DEPUTY MONZON, DEPUTY BRESYN, SERGEANT STONE, DEPUTY GRIESINGER, DEPUTY MITCHELL, DEPUTY JESUS PEREZ, DEPUTY JONATHAN TOAN and SERGEANT CHRISTOPHER WEDEL

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID MANZO, etc.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>　　　　Defendants. | CASE NO. 5:17-CV-01165-JGB (SPx)<br><br>**NOTICE OF CONDITIONAL SETTLEMENT**<br><br>Trial Date: March 5, 2019 |

NOTICE OF CONDITIONAL SETTLEMENT

　　　The Parties herein, through their attorneys of record, advise the Court that this matter has been settled, conditioned upon approvals by the County of Riverside Board of Supervisors and the Claims Committee. It is expected that it will take

4838-1898-3795.1

NOTICE OF CONDITIONAL SETTLEMENT

approximately 90 days to present the settlement for consideration by these entities. Counsel for the Defendant will advise the Court of the actions taken as soon as they occur. The settlement also requires approval by this Court, in that plaintiff is a conservatee, and is conditioned upon such approval.

DATED: September ___, 2018        Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP


By: /Arthur K. Cunningham/
    Arthur K. Cunningham
    Attorneys for Defendants
    COUNTY OF RIVERSIDE, SHERIFF STANLEY SNIFF, UNDERSHERIFF WILLIAM DIYORIO, ASSISTANT SHERIFF JERRY GUTIERREZ, DEPUTY McCOLLUM, DEPUTY P. SALAZAR, DEPUTY MATTHEW BELL, DEPUTY DOMINGUEZ, DEPUTY MONZON, DEPUTY BRESYN, SERGEANT STONE, DEPUTY GRIESINGER, DEPUTY MITCHELL, DEPUTY JESUS PEREZ, DEPUTY JONATHAN TOAN and SERGEANT CHRISTOPHER WEDEL

DATED: September ___, 2018        DISENHOUSE LAW


By: /Bruce E. Disenhouse/
    Bruce E. Disenhouse
    Attorneys for Defendants
    ANDREW SHOUSE, EMEKA AKPAMGBO, R.N., JASON CORTEZ, R.N. and KON YOUNG KIM, R.N.

DATED: September ___, 2018

By: /Suzanne Skolnick/
Suzanne Skolnick
Attorneys for Plaintiff
DAVID MANZO, by and through his
Conservator, GENOVEVA MANZO

## CERTIFICATION

I, Arthur K. Cunningham, am an attorney in the law firm of Lewis Brisbois Bisgaard & Smith, LLP, counsel of record for Defendants COUNTY OF RIVERSIDE et al. Under C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories on whose behalf this filing is submitted concur in the filing's content and have authorized the filing

DATED: September ___, 2018     LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /Arthur K. Cunningham/
Arthur K. Cunningham
Attorneys for Defendants COUNTY OF RIVERSIDE, SHERIFF STANLEY SNIFF, UNDERSHERIFF WILLIAM DIYORIO, ASSISTANT SHERIFF JERRY GUTIERREZ, DEPUTY McCOLLUM, DEPUTY P. SALAZAR, DEPUTY MATTHEW BELL, DEPUTY DOMINGUEZ, DEPUTY MONZON, DEPUTY BRESYN, SERGEANT STONE, DEPUTY GRIESINGER, DEPUTY MITCHELL, DEPUTY JESUS PEREZ, DEPUTY JONATHAN TOAN and SERGEANT CHRISTOPHER WEDEL

# FEDERAL COURT PROOF OF SERVICE

Manzo, David vs County of Riverside - Case No. 5:17-CV-01165

STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 650 East Hospitality Lane, Suite 600, San Bernardino, CA 92408. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On September 20, 2018, I served the following document(s): NOTICE OF CONDITIONAL SETTLEMENT

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

SEE ATTACHED SERVICE LIST

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on September 20, 2018, at San Bernardino, California.

_____
SHARON DENISE MOORE-DUNCAN

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

4838-1898-3795.1

NOTICE OF CONDITIONAL SETTLEMENT

# SERVICE LIST
## Manzo, David vs County of Riverside
### 5:17-CV-01165

Robert Trujillo, Esquire
Melody Trujillo, Esquire
TRUJILLO & TRUJILLO, APLC
41593 Winchester Road, Suite 201
Temecula, California 92590
951-296-9529
E-mail: trulaw@trujillo-law.us
**Attorneys for Plaintiff
DAVID MANZO, by and through his Conservator, GENOVEVA MANZO**

Suzanne Skolnick, Esquire
2888 Loker Avenue East, Suite 110-F
Carlsbad, California 92010
760-405-4397
E-mail: Suzanne@skolnicklawgroup.com
**Attorneys for Plaintiff
DAVID MANZO, by and through his Conservator, GENOVEVA MANZO**

Lewis Khashan, Esquire
38975 Sky Canyon Drive, Suite 201
Murrieta, California 92563
951-775-7279
E-mail: lewis@khashanlaw.com
**Attorneys for Plaintiff
DAVID MANZO, by and through his Conservator, GENOVEVA MANZO**

Christopher D. Lockwood, Esquire
ARIAS & LOCKWOOD
1881 South Business Center Drive, Suite 9A
San Bernardino, California 92408
909-890-0125
909-890-0185 (facsimile)
E-mail: Christopher.lockwood@ariaslockwood.com
**Co-attorneys for Defendant
COUNTY OF RIVERSIDE**

Bruce E. Disenhouse, Esquire
DISENHOUSE LAW APC
3833 Tenth Street
Riverside, California 92501
951-530-3710
951-543-4239
E-mail: bruce@disenhouselaw.com
**Attorneys for Defendants
ANDREW SHOUSE, EMEKA AKPAMGBO, R.N., JASON CORTEZ, R.N. and KON YOUNG KIM, R.N.**

4838-1898-3795.1

NOTICE OF CONDITIONAL SETTLEMENT